IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-10480
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANNY GLEN DAVIS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CR-235-1-A
--------------------
December 31, 2002

Before BARKSDALE, DEMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Danny Glen Davis has moved for leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Davis received a copy of counsel's motion and brief, but has not filed a response. Counsel raised a single possible issue for appeal, the district court's failure to sentence Davis within the range found in U.S.S.G. § 7B1.4. However, we conclude that Davis' sentence of 24 months' imprisonment was not in violation of law

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nor plainly unreasonable.  See United States v. Giddings, 37 F.3d 1091, 1093 (5th Cir. 1994).

Our review of the brief filed by counsel and of the record discloses no other nonfrivolous issue for appeal.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.